**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00462-CV

**SIG-TX ASSETS, LLC D/B/A LINCOLN FUNERAL HOME, Appellant**

**V.**

**BEATRICE SERRATO, INDIVIDUALLY, BEATRICE SERRATO, AS MOTHER AND NEXT FRIEND OF M.S., A MINOR CHILD, PHILLIP SERRATO, AND SYLVIA RAMIREZ, Appellees**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-17209**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 19, 2018. The appeal will be resubmitted in the first quarter of 2019.

In light of this, we **DENY** appellees' November 14, 2018 motion as **MOOT**.

/s/    LANA MYERS
        PRESIDING JUSTICE